UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> CIGNA HEALTH AND LIFE INSURANCE CO., <br><br> Defendant. | 22-cv-10166 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On 2/22/23, the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

New York, NY
February 23, 2023

_____
JED S. RAKOFF, U.S.D.J.

1